**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECICUT**

IN RE:                                                    ) CHAPTER 13

**CHARLES & PATRICIA LANGEVIN**                           ) CASE NO. 05-22336ASD

PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check #           402437                $11.83

#274536

AT & T
ATT: BANKRUPTCY DEPT.
P. O. BOX 769
ARLINGTON, TX 76004

**OVER 90 DAYS**

Dated at Hartford, Connecticut this _____ day of _____, 2010.

/s/ Molly T. Whiton
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:** 50 ELMER STREET EAST HARTFORD CT 06108
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV
**Debtor's Counsel:** ronchorcheslaw@sbcglobal.net

/s/ Molly T. Whiton
Molly T. Whiton, Chapter 13 Standing Trustee

| CHAPTER 13 TRUSTEE   MOLLY T. WHITON   HARTFORD, CT | | | Check #402437 | |
|---|---|---|---|---|
| **DEBTOR AND ACCOUNT NUMBER** | | **PRINCIPAL** | **INTEREST** | **BALANCE** |
| 00-05-22336 CHARLES A. & PATRICIA LANGEVIN | | 10.63 | 1.20 | 277.48 |
| 3602892644391 | UNSECURED | | Claim #005 | |
| Totals: | | 10.63 | 1.20 | |

WARNING.  CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**CHAPTER 13 TRUSTEE**
**MOLLY T. WHITON**
10 COLUMBUS BLVD., HARTFORD, CT 06106



SUNTRUST

**402437**

**TRUSTEE ACCOUNT**

DATE: 02-28-11

64-79 / 611

PAY    ELEVEN and 83/100                                        $ 11.83

VOID AFTER 90 DAYS

TO THE FOLLOWING

CLERK, U. S. BANKRUPTCY COURT
UNDISTRIBUTED FUNDS
450 MAIN STREET
HARTFORD, CT 06103


TRUSTEE

# 274536

⑈402437⑈ ⑆061100790⑆ 0000005751029⑈